UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In Re: Charles M. Pollock,<br>Attorney at Law, Bar No. 9450 | 2:16-ms-17 |

## ORDER OF DISBARMENT

On February 16, 2016, this Court entered an Order to Show Cause Disbarring Charles M. Pollock, mailed via certified mail with a Certified Mail Return Receipt date of delivery of February 22, 2016. The Order to Show Cause provided Mr. Pollock with 30 days to respond with reasons why he should not be disbarred from the practice of law in this Court. No response has been received from Mr. Pollock. Failure to respond within 30 days warrants an Order of Disbarment. Local Rule IA 10-7.

Accordingly, **IT IS HEREBY ORDERED** that Charles M. Pollock, Nevada State Bar #9450, is hereby **DISBARRED** from practice in United States District Court for the District of Nevada.

**DATED** this 8 day of April, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this **8** day of April, 2016, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

Charles M. Pollock
#49284-048
USP Tucson
P.O. Box 24550
Tucson, AZ  85734

Certified Mail No.:   7014 0150 0000 9221 8716

/s/
Deputy Clerk
United States District Court,
District of Nevada

- 2 -